**SO. CAL. EQUAL ACCESS GROUP**
Jason J. Kim (SBN 190246)
Jason Yoon (SBN 306137)
Kevin Hong (SBN 299040)
101 S. Western Ave., Second Floor
Los Angeles, CA 90004
Telephone: (213) 205-6560
cm@SoCalEAG.com

Attorneys for Plaintiff
ROBERT MENA

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBERT MENA,<br><br>             Plaintiff,<br><br>      vs.<br><br>PENGUIN MALT SHOP, INC. D/B/A PENGUIN CAFE; NAELDA J. MERRITT, AS TRUSTEE OF THE RICHARD AND NAELDA MERRITT FAMILY TRUST; and DOES 1 to 10,<br><br>             Defendants. | Case No.: 8:24-cv-01547 DOC (JDEx)<br><br>**NOTICE OF VOLUNTARY DISMISSAL OF ENTIRE ACTION WITH PREJUDICE** |

**PLEASE TAKE NOTICE** that Plaintiff ROBERT MENA ("Plaintiff") pursuant to Federal Rule of Civil Procedure Rule 41(a)(1) hereby voluntarily dismisses the entire action *with* prejudice pursuant to Federal Rule of Civil Procedure Rule 41(a)(1) which provides in relevant part:

(a) **Voluntary Dismissal.**

  (1) *Without a Court Order*.  Subject to Rules 23(e), 23.1(c), 23.2, and 66 and any applicable federal statute, the plaintiff may dismiss an action without a court order by filing:

1

NOTICE OF VOLUNTARY DISMISSAL OF ENTIRE ACTION

Case 8:24-cv-01547-DOC-JDE   Document 15   Filed 09/16/24   Page 2 of 2   Page ID #:40

    (i) A notice of dismissal before the opposing party serves either an answer or a motion for summary judgment.

None of the Defendants has either answered Plaintiff's Complaint, or filed a motion for summary judgment. Accordingly, this matter may be dismissed without an Order of the Court.

DATED: September 16, 2024   **SO. CAL. EQUAL ACCESS GROUP**

          By: ___*/s/ Jason J. Kim*___
            Jason J. Kim, Esq.
            Attorneys for Plaintiff

2

NOTICE OF VOLUNTARY DISMISSAL OF ENTIRE ACTION